NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES RICHARD LEACH,                )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No.  2D18-2528
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed November 20, 2019.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts and Debra
Johnes Riva, Judges.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

            Affirmed.

NORTHCUTT, SILBERMAN, and ROTHSTEIN-YOUAKIM, JJ., Concur.